# LOUISIANA FINANCIAL ASSISTANCE COMMISSION ET AL. *v.* POINDEXTER ET AL.

No. 793.   Decided January 15, 1968.

*Victor A. Sachse, J. J. Davidson, Jr., S. W. Provensal, Jr.,* and *C. C. Wood* for appellants.

*A. P. Tureaud, Jack Greenberg* and *Charles H. Jones, Jr.,* for Poindexter et al., and *Solicitor General Griswold* and *Assistant Attorney General Doar* for the United States, appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

# BUCK ET UX. *v.* NEW JERSEY BY THE STATE HIGHWAY COMMISSIONER.

No. 817.   Decided January 15, 1968.

*James T. Dowd* for appellants.

*Arthur J. Sills,* Attorney General of New Jersey, and *Elias Abelson* and *Edward D. McKirdy,* Deputy Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.